UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MASOUD KHAZALI,<br><br>Plaintiff,<br><br>v.<br><br>WASHINGTON STATE DEPARTMENT OF LABOR & INDUSTRIES,<br><br>Defendant. | CASE NO. 2:24-cv-01463-JHC<br><br>ORDER |

On January 23, 2025, the Court ordered Plaintiff to show cause within ten (10) days why this matter should not be dismissed without prejudice for failure to comply with Federal Rule of Civil Procedure 4(m). Dkt. # 6. Plaintiff failed to respond. Accordingly, the Court DISMISSES this matter without prejudice for failure to comply with Rule 4(m).

Dated this 19th day of February, 2025.

John H. Chun
United States District Judge

ORDER - 1